IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01882-MSK-BNB

RADIOSHACK CORPORATION; and
TRS QUALITY, INC.,

        Plaintiffs,

v.

PHONE SHACK, LLC; and
ROY DANTZMAN,

        Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Plaintiffs' Motion to Dismiss (Motion) **(#12)** filed October 14, 2010. The Court having reviewed the foregoing:

ORDERS that the Motion is GRANTED. Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 15th day of October, 2010.

                                            **BY THE COURT:**

                                            _____
                                            Marcia S. Krieger
                                            United States District Judge